IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EARNESTINE HARGROVE, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>AARP, )<br>)<br>Defendant. )<br>) | Superior Court of the District of Columbia<br>Civil Division<br>CA No. 2013 CA 005265 B<br><br><br>Civil Action No. _____ |

**NOTICE OF REMOVAL**

To:    United States District Court
for the District of Columbia

Superior Court of the
District of Columbia
Civil Division

S. Micah Salb
Mary E. Kuntz
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, MD 20814
Counsel for Plaintiff

PLEASE TAKE NOTICE that Defendant, AARP, by its undersigned counsel, hereby removes this civil action from the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §§ 1441 and 1446. The grounds for this removal are as follows:

1.    A civil action has been commenced and is now pending in the Superior Court of the District of Columbia, Civil Division, wherein Earnestine Hargrove is Plaintiff and AARP is Defendant. That action has been designated as Civil Action No. 2013 CA 005265 B by the Clerk of the aforementioned court. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings,

motions and orders thus far served upon or by AARP in Civil Action No. 2013 CA 005265 B are attached hereto as Attachment A.

2.	Process in Civil Action No. 2013 CA 005265 B is alleged to have been served on AARP on August 2, 2013.[1]  This Notice of Removal is filed within 30 days of alleged service of the Complaint upon AARP, and, thus, is timely.

3.	This action is a civil action in which Plaintiff alleges that he has been discriminated against in violation of the federal Americans with Disabilities Act ("ADA")  and the D.C. Human Rights Act based on a failure to accommodate, retaliation, and constructive termiation.  Complaint ¶ 1.

4.	This Court has original jurisdiction under 42 U.S.C. §12112 over Plaintiff's claim that AARP violated the Americans with Disabilities Act.  This Court has supplemental jurisdiction under 28 U.S.C. §1367 over Plaintiff's claim under D.C. law.

5.	Accordingly, the United States District Court for the District of Columbia has jurisdiction over the above-referenced civil action.

WHEREFORE, for the reasons stated above, Civil Action No. 2013 CA 005265 B,

---

[1] Defendant received a copy of the complaint on August 13.  Plaintiff has informed Defendant that she has a USPS delivery confirmation of mailing that shows the complaint was delivered to AARP in Washington DC on August 2.  Although AARP has no record of this, out of an abundance of caution, AARP is using this date as the date of service for purposes of removal.

pending in the Superior Court of the District of Columbia, Civil Division, should be removed to this Court.

         Respectfully submitted,

         AARP

         By    /s/
          Karla Grossenbacher, #442544
          Leslie V. Maffeo, #490431
          SEYFARTH SHAW LLP
          975 F Street, N.W.
          Washington, D.C. 20004
          (202) 828-3556

         Attorneys for AARP

Dated:  August 30, 2013

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notice of Removal, was served via first-class mail, postage prepaid, this 30th day of August 2013, upon:

S. Micah Salb
Mary E. Kuntz
Lippman, Semsker & Salb, LLC
7979 Old Georgetown Road
Suite 1100
Bethesda, MD 20814
Counsel for Plaintiff

I also certify that I have caused a copy of this Notice of Removal to be filed with the Clerk of the Superior Court of the District of Columbia, Civil Division, in accordance with 28 U.S.C. § 1446(d) and have filed herewith as Attachment A all process, pleadings and orders served upon or by AARP pursuant to 28 U.S.C. § 1446(a).

/s/
Karla Grossenbacher

16092483v.1